Jump v. State, 27 Tex.App. 459, 11 S.W. 461; Morphey v. State, 119 Tex.Cr.R. 77, 45 S.W.2d 1099; Branch's Ann.P.C., Sec. 695, p. 354, and the authorities there cited.

The matter complained of in bill No. 5 will not likely occur upon another trial; hence we see no need to discuss it now.

For the errors herein discussed, the judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## STEGER v. STATE.

### No. 20161.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

Howard A. Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for murder; punishment assessed is confinement in the state penitentiary for a term of two years.

The record is before us without a statement of facts or bill of exceptions. The indictment is sufficient to charge the offense and procedural matters appear to be in order.

The judgment is affirmed.